UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE LEE VALENTINE,

Plaintiff,

v.

SAN MATEO COUNTY, et al.,

Defendants.

Case No.  25-cv-05607-LJC

**ORDER AUTHORIZING SERVICE**

Jacqueline Valentine, proceeding pro se, filed a Third Amended Complaint (TAC) asserting claims against the County of San Mateo, San Mateo Superior Court ADA Coordinator Chad Peace, and San Mateo Superior Court administrator Daniel Radovich.  *See* ECF No. 15 (TAC) ¶¶ 6-8. Plaintiff is proceeding *in forma pauperis.  See* ECF No. 8.  Having reviewed the TAC pursuant to 28 U.S.C. § 1915(e)(2), the Court determines that at least some of Plaintiff's claims may be viable and that any defects in the TAC would be better addressed after adversarial briefing.  The Clerk is therefore instructed to issue the summons, and either the U.S. Marshal or the Clerk is instructed to serve Defendant with the summons and the Complaint.

This Order is without prejudice to any arguments Defendants may raise after they are served and appear in this matter.

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge